IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATSY WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3488 |
| | § | |
| WAL MART STORES, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Both Wal-Mart Stores Texas, LLC and Whitney Design, Inc. have moved for leave to designate Fuzhou Lisheng Co., Ltd. as a responsible third party under Texas Civil Practice and Remedies Code 33.011(6). Although the motions are styled as "opposed," no response has been filed, and the applicable law supports granting the motion. Accordingly, the motions filed by Wal-Mart Stores, LLC and by Whitney Design, Inc. for leave to designate Fuzhou Lisheng Co. as a responsible third party, (Docket Entry No. 25, 27), are granted.

SIGNED on August 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge